**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**CIVIL ACTION NO. 1:06-CV-164**

**DARIA T. JOHNSON**                                                                            **PLAINTIFF**

**V.**

**PIONEER CREDIT COMPANY**                                        **DEFENDANT**

**MEMORANDUM OPINION AND ORDER**

These matters are before the Court upon two motions in limine filed by the Defendant. (DN 27, DN 29).

The Defendant's motion to exclude evidence related to the Plaintiff's application for and receipt of unemployment benefits (DN 27) is **GRANTED**. The Plaintiff did not respond to this motion and, thus, there is no reason for the Court to conclude that such evidence is relevant. Fed. R. Evid. 402.

The Defendant's motion to exclude the testimony of William T. Pedigo (DN 29) is **DENIED**. The Plaintiff has established that Mr. Pedigo will offer at least some testimony that will be relevant and admissible at trial and the Defendant will have the opportunity to object at trial to any testimony by Mr. Pedigo that he deems improper.

      **IT IS SO ORDERED**.

cc: Counsel of Record